Noyes F. Palmer, Respondent, *v.* The City of Brooklyn, Appellant.

(Argued April 22, 1895; decided May 3, 1895.)

Appeal from order of the General Term of the City Court of Brooklyn, made January 29, 1895, which affirmed an interlocutory judgment in favor of plaintiff entered upon an order of Special Term overruling a demurrer by defendant to the complaint herein.

*H. O. Wood* for appellant.

*John P. Adams* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.

---

The Soldiers' Orphans' Home of St. Louis, on Behalf of Kansas Pacific Consolidated Bondholders, Appellant, *v.* Russell Sage et al., Respondents.

(Argued April 22, 1895; decided May 3, 1895.)

Appeal from order of the General Term of the Supreme Court in the first judicial department, made March 15, 1895, which affirmed an order of Special Term directing that the Union Pacific Railway Company be brought in and made a party to this action.

*Joseph H. Choate* for appellant.

*Winslow S. Pierce* for respondents.

Agree to affirm on opinion below.
All concur.
Order affirmed.